Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BENITO ROSALES<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANSUNION, LLC; INNOVIS LLC; and WELLS FARGO HOME MORTGAGE,<br><br>    Defendants. | Case No.: 2:18-cv-01199-JCM-PAL<br><br>**UNOPPOSED MOTION AND PROPOSED ORDER EXTENDING DEFENDANT INNOVIS DATA SOLUTIONS, INC.'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff Benito Rosales ("Plaintiff"), by and through his counsel of record, files this Motion Extending Defendant Innovis Data Solutions Inc.'s Time to File an Answer or Otherwise Respond to Plaintiff's Complaint. On July 2, 2018, Plaintiff filed his Complaint. The current

UNOPPOSED MOTION AND PROPOSED ORDER EXTENDING DEFENDANT INNOVIS DATA SOLUTIONS, INC.'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST) - 1

deadline for Defendant Innovis Data Solutions, Inc. (erroneously identified as Innovis, LLC) ("Innovis") to answer or otherwise respond to Plaintiff's Complaint is September 4, 2018. The allegations in Plaintiff's Complaint date back to February 7, 2014. Innovis needs additional time to investigate Plaintiff's claims and respond to the allegations in Plaintiff's Complaint. Further, the parties need additional time to explore a potential settlement and resolution of the claims.

Plaintiff has agreed to extend the deadline in which Innovis has to answer or otherwise respond to Plaintiff's Complaint up to and including September 21, 2018. This is the first request for extension of time for Innovis to respond to Plaintiff's Complaint.

Dated August 24, 2018

/s/ *Matthew I. Knepper*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
Email: dkrieger@hainesandkrieger.com

*Counsel for Plaintiff*

*Rosales v. Experian Information Solutions, Inc. et al*
2:18-cv-01199-JCM-PAL

# **ORDER GRANTING**
# **UNOPPOSED MOTION AND PROPOSED ORDER EXTENDING DEFENDANT INNOVIS DATA SOLUTIONS, INC.'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

The Motion for Extension of Time for Innovis Data Solutions, Inc. to file an answer or otherwise respond up to and including September 21, 2018 is so ORDERED.

Dated this 27th day of August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE